```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,           02 Cr. 1231 (PKC)

    -against-

                                      ORDER

GLEN HARDWICK,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        For the reasons stated in Mr. Wible's letter of June 27 (including the death of Judge Casey and the need to locate government witnesses), I conclude that the government has demonstrated the impracticality of trial within seventy (70) days. Accordingly, the time for a retrial is extended to 180 days from the issuance of the mandate by the Second Circuit.

        SO ORDERED.

                                              P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       June 30, 2008

Faxed 6/30/08